JULY 7, 1992

No. 91–1645. WOOD v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. [Certiorari granted, 504 U. S. 972.] Writ of certiorari dismissed under this Court's Rule 46.